RECEIVED

OCT 25 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

MICHAEL RAY HARRIS
(Reg No. 90244-012),

    Petitioner.

CV 11 80 261 MISC WHA

**ORDER GRANTING STAY OF TRANSFER OF PERSON IN FEDERAL CUSTODY**

    The Court has reviewed the Petition for Stay of Person in Federal Custody filed by Petitioner Michael Ray Harris requesting an Order by this Court staying his transfer from this District to the Bureau of Prisons facility where he had been designated to serve his federal sentence for a period of 28 days in order to permit Petitioner to meet with and assist counsel. Good cause appearing,

    IT IS HEREBY ORDERED that the petition is granted. The Bureau of Prisons and/or the United States Marshal Service is hereby ordered not to transfer Petitioner from his current location at FDC Pleasanton for a period of 28 days from the date of this order.

Dated: October 25, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

ORDER STAYING TRANSFER OF PERSON IN FEDERAL CUSTODY