IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 11-80261 WHA

IN RE

MICHAEL RAY HARRIS,
(Reg No. 90244-012),

    Petitioner.

**ORDER ON AMENDED PETITION FOR EXTENSION OF STAY OF TRANSFER OF PERSON IN FEDERAL CUSTODY AND SETTING HEARING**

    The Court is in receipt of an amended petition for extension of stay of transfer of petitioner Michael Ray Harris, who is in federal custody in this district. By order dated October 25, 2011, petitioner's transfer from this district was stayed for a period of 28 days. Petitioner now seeks an additional extension of the stay for a period of 90 days. The amended petition states the government opposes the request for an extension of the stay. The government has not yet filed an opposition to the petition, so the reasons for the government's opposition are unknown.

    Counsel for petitioner and the government are ordered to appear for a hearing on the amended petition for extension of stay of transfer, to be held at **2 P.M. ON NOVEMBER 22, 2011**.

    **IT IS SO ORDERED.**

Dated: November 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE