IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE                                                                 No. C 11-80261 MISC WHA

MICHAEL RAY HARRIS,

    Petitioner.                                         **ORDER SETTING HEARING**

_____/

On December 16, 2011, petitioner Michael Ray Harris filed a petition for writ of habeas corpus and a petition for additional extension of stay of transfer of person in federal custody, for stay of the habeas petition, and request for hearing ("petition for stay") (Dkt. No. 13). Petitioner was previously granted a stay of transfer until December 20, 2011. Petitioner requests a hearing be set for December 20 on the petition for stay.

A hearing on the petition for stay is set for **2 P.M. ON DECEMBER 20, 2011**. A representative from the Office of the United States Attorneys and the Federal Bureau of Prisons is requested to be present at the hearing. The Clerk shall serve this order on Assistant United States Attorney Arvon Perteet and Federal Bureau of Prisons counsel Valerie Stewart, both of whom have previously appeared in this matter.

**IT IS SO ORDERED.**

Dated: December 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE