IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RAY HARRIS,

    Petitioner,

v.

RANDY TEWS, Warden and THOMAS R. KANE, Acting Director,

    Respondents.

No. C 11-80261 WHA

**ORDER RE EXHAUSTION**

In this Section 2241 habeas action, petitioner moves to lift the stay imposed by a previous order because he claims that he has exhausted his administrative remedies. The government is hereby ordered to submit a responsive brief by **NOON ON APRIL 4, 2014**, on whether petitioner has exhausted his administrative remedies.

**IT IS SO ORDERED.**

Dated: March 25, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE