IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RAY HARRIS,

    Petitioner,

v.

RANDY TEWS, Warden and THOMAS R. KANE, Acting Director,

    Respondents.

No. C 11-80261 WHA

**REQUEST FOR RESPONSE**

    In this Section 2241 habeas action, petitioner Michael Ray Harris moves to lift the stay imposed by a previous order because he claims that he has exhausted his administrative remedies. In response, the United States contends that petitioner has failed to exhaust one of grounds for his habeas petition, specifically "Remedy Number 670381" (Dkt. No. 29). The United States has stated that the National Inmate Appeals Administrator will allow petitioner to submit his national appeal for Remedy Number 670381 for review in order to satisfy his exhaustion requirements.

    Petitioner is requested to reply to the United States' response by **NOON ON APRIL 17** and affirm or deny that he has exhausted Remedy Number 670281. If he has not done so, the Court

will defer ruling on petitioner's request to lift the stay on his habeas action until all of his claims have been administratively exhausted.

**IT IS SO ORDERED.**

Dated: April 7, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE