1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6

7                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    MICHAEL RAY HARRIS,

10              Petitioner,                          No. C 11-80261 WHA

11       v.

12   RANDY TEWS, Warden and THOMAS R.              **ORDER TO SHOW CAUSE**
     KANE, Acting Director,                        **RE EXHAUSTION**
13

14              Respondents.
     _____/

15

16          In this Section 2241 habeas action, petitioner Michael Ray Harris moves to lift the stay in

17   this action because he claims that he has exhausted his administrative remedies.  In response, the

18   United States contends that petitioner has failed to exhaust one of grounds for his habeas

19   petition, specifically "Remedy Number 670381" (Dkt. No. 29).  In reply, petitioner argues that

20   he did timely submit his appeal on Remedy Number 670381, but has re-submitted his appeal via

21   certified mail on April 15, 2014, for good measure (Harris Decl. ¶ 8).  Petitioner expects to

22   receive a written response within forty days.

23          The United States is **ORDERED TO SHOW CAUSE** by June 5, 2014, why the Court should

24   not lift the stay on this action after the forty days has lapsed.

25          **IT IS SO ORDERED.**

26

27   Dated:  April 21, 2014.
                                            _____
28                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California