IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RAY HARRIS,

    Petitioner,

v.

RANDY TEWS, Warden and THOMAS R. KANE, Acting Director,

    Respondents.

/

No. C 11-80261 WHA

**ORDER SETTING BRIEFING SCHEDULE ON SECTION 2241 MOTION FOR RELIEF**

    In this Section 2241 habeas action, petitioner Michael Ray Harris challenges his continued incarceration by the Bureau of Prisons and asserts that he is in custody in violation of the Constitution or laws of the United States. The government is ordered to respond to the habeas petition by **June 19, 2014**, and to file then all portions of the record previously transcribed and relevant to the motion. Petitioner shall have **30 DAYS** from submission of the opposition to reply.

    **IT IS SO ORDERED.**

Dated: June 5, 2014.

                             WILLIAM ALSUP
                             UNITED STATES DISTRICT JUDGE