IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RAY HARRIS,

    Petitioner,

    v.

RANDY TEWS, Warden and THOMAS R. KANE, Acting Director,

    Respondents.

No. C 11-80261 WHA

**REQUEST FOR BRIEFING RE VENUE**

    In its response to the Section 2241 petition, the government argues that the petition should be transferred to the United States District Court for the Central District of California "for hearing and determination" in "the interests of justice" if a hearing is held. Section 2241(d). The United States District Court for the Central District of California has concurrent jurisdiction over this petition because petitioner was convicted in Los Angeles County Superior Court for attempted murder, convicted in the United States District Court for the Central District of California for various convictions involving drug trafficking, is currently incarcerated in a Federal Correctional Institution in Victorville, and all of his prison files are located and maintained in the Central District of California (Dkt. No. 37, Br. 1–3). In contrast, this Court only has concurrent jurisdiction because he filed his petition here while temporarily housed at a Federal Correctional Institution in Dublin, pending his transportation to Victorville. *Ibid.*

    As petitioner requested an evidentiary hearing and requested to be physically present for the hearing, he is **ORDERED TO SHOW CAUSE BY JUNE 27** in a responsive brief, no longer than

five pages, why this petition should not be transferred to the United States District Court for the Central District of California for determination, and if necessary, a hearing.

**IT IS SO ORDERED.**

Dated:  June 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE