**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12
13

MICHAEL RAY HARRIS,

14

Petitioner,                                     No. C 11-80261 WHA

15

v.

16

RANDY TEWS,                                     **ORDER REQUESTING**
                                                **SUPPLEMENTAL BRIEFING**

17

Respondent.

18

_____/

19

In petitioner's fourth habeas claim, he contends the following:

20

Petitioner is entitled to correction of inaccuracies, outdated, and
irrelevant information contained in his Presentence Report.  In this

21

case, Petitioner is in the position of being designated, having his
release date determined, and having his right to retroactive

22

designation pursuant to 18 U.S.C. section 3621(b) determined by the
Bureau of Prisons, based on information contained in a PSR which

23

was prepared some twenty-one and a half years ago.

24

(Habeas 10).  Petitioner requests that the Court use its equitable powers to update information in

25

the presentence investigative report that is no longer accurate (Traverse 8).

26

By **WEDNESDAY, AUGUST 27 AT NOON**, each party should submit a declaration, five

27

pages maximum, describing the proper procedure, if any, for inmates to supply the Bureau of

28

Prisons with additional information, subsequent to their sentencing, that may affect their release

date.  Specifically, the Court is interested in whether such information is amended to the

presentencing investigative report or whether the Bureau of Prisons considers other records outside the report.

   **IT IS SO ORDERED.**

Dated:  August 20, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE