IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RAY HARRIS,

    Petitioner,

v.

RANDY TEWS,

    Respondent.

No. MC 11-80261 WHA

**ORDER REQUESTING RESPONSE FROM THE GOVERNMENT**

In this habeas matter, counsel for petitioner Michael Ray Harris have filed a motion to alter or amend an earlier order denying the petition for writ of habeas corpus and the judgment entered thereafter (Dkt. Nos. 45, 46).

Accordingly, the government is hereby requested to please file a response to the present motion by **OCTOBER 24, 2014**. Petitioner's counsel may then file a reply thereto by **OCTOBER 31, 2014**.

**IT IS SO ORDERED.**

Dated: October 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE